UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

FILED
MAY 30 2014
___ O'CLOCK ___
K. Freeman, Clerk - Syracuse

CARLOS VARELA         Plaintiff(s)  )
DIN# 10A5427                        )
             vs.                    )
NYS DEPARTMENT OF CORRECTIONS       )
MR. THOMAS STICHT- SUPERINTENDENT   )
L. ROTH, -NURSE ADMIN Defendant(s)  )
GOWANDA CORRECTIONAL FACILITY       )

INMATE
CIVIL RIGHTS
COMPLAINT PURSUANT
PURSUANT TO
42 U.S.C. § 1983

Case No. 9:14cv637

Plaintiff(s) demand(s) a trial by: ____ JURY  ____ COURT  (Select **only** one).

Plaintiff(s) in the above-captioned action, allege(s) as follows:

## JURISDICTION

1. This is a civil action seeking relief and/or damages to defend and protect the rights guaranteed by the Constitution of the United States. This action is brought pursuant to 42 U.S.C. § 1983. The Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1343(3) and (4) and 2201.

## PARTIES

2. Plaintiff: ___CARLOS VARELA  DIN# 10A5427___

   Address: ___GOWANDA CORRECTIONAL FACILITY___

   ___P.O. BOX 311___

   ___GOWANDA, NEW YORK 14070-0311___

   Additional Plaintiffs may be added on a separate sheet of paper.

3. a. Defendant: ___MR. THOMAS STICHT___

   Official Position: ___SUPERINTENDENT___

   Address: ___P.O. BOX 311___

   ___GOWANDA, NEW YORK 14070-0311___

b.     Defendant:     L. ROTH

       Official Position:     RN, NURSE ADMINISTRATOR 1

       Address:     GOWANDA CORRECTIONAL FACILITY

                  P.O. BOX 311

                  GOWANDA, NEW YORK 14070-0311

c.     Defendant:

       Official Position:

       Address:

Additional Defendants may be added on a separate sheet of paper.

4. PLACE OF PRESENT CONFINEMENT

    a.     Is there a prisoner grievance procedure at this facility?

         X Yes            ___ No

    b.     If your answer ro 4a is YES, did you present the facts relating to your complaint in this grievance program?

         X Yes            ___ No

       If your answer to 4b is YES,

         (i)     What steps did you take? __I filed a complaint through the facility I.G.P, (Inmate Greivance Program).__

         (ii)     What was the final result of your grievance? __Grievance denied.__

If your answer to 4b is NO - why did you choose to not present the facts relating to your complaint in the prison's grievance program? _____

_____

_____

c. If there is no grievance procedure in your institution, did you complain to prison authorities about the facts alleged in your complaint?

_____ Yes          _____ No

If your answer to 4c is YES,

(i) What steps did you take? _____

_____

_____

(ii) What was the final result regarding your complaint? _____

_____

If your answer to 4c is NO - why did you choose to not complain about the facts relating to your complaint in such prison? _____

_____

5. PREVIOUS LAWSUITS

a. Have you ever filed any other lawsuits in any state and federal court relating to your imprisonment?

_____ Yes          __X__ No

b. If your answer to 5a is YES you must describe any and all lawsuits, currently pending or closed, in the space provided below.

For EACH lawsuit, provide the following information:

i. Parties to previous lawsuit:

Plaintiff(s): _____

Defendant(s): _____

**STATEMENT OF FACT**

I submitt this complaint on the grounds of inadequate medical care. I have been to sick call and emergency call at Gowanda Correctional Facility at least a dozen times. I am still being denied of medical care. I have requested to see a specialist because of severe pain in my groin area. I still have not been sent out to a outside hospital. I have been complaining about this since early September. (7) months have gone by and I still suffering and have extreme pain and it's getting worse. I have contacted the medical staff at Gowanda Medical Center. My family has also contacted Gowanda's mdeical staff due to the pain that I am suffering. Due to the facility failing to provide me with medical treatment they are deliberately indifferent to my serious medical needs. They are purposely allowing me to go without necessary help. The medical staff is delibrate indifference becuase they are ignoring obvious conditions, failing to provide treatment for diagnosed conditions, delaying treatment, interfering with access to treatment and making medical decisions based on non-medical factors. Due to these indifferences Gowand Correctional facility is in violation of my Eighth Amendment. Due to the potentially serious problem repeatedly requesting medical aid, and receiving none I am in deep pain. I am 22 years old and I should not be feeling this much pain in my groin area. The medical staff here at Gowanda had examined me groin area and had notice inflammation and swelling and failed to address my medical needs. Due to this ailment my whole lower body feels as if it's always on fire. I currently have problems geeting out of bed in the morning or any time that I lay down or sit down for a long period of time.

    ii.    Court (if federal court, name District; if state court, name County): _____

    iii.   Docket number: _____

    iv.   Name of Judge to whom case was assigned: _____

    v.    Disposition (dismissed? on appeal? currently pending?): _____

    vi.   Approximate date of filing prior lawsuit: _____

    vii.  Approximate date of disposition: _____

6. **FACTS**

Set forth the facts of your case which substantiate your claim of violation of your civil and/or Constitutional rights. List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

_____
SEE ATTACHED STATEMENT OF FACTS
_____

7.                         CAUSES OF ACTION

Note: **You must clearly state each cause of action you assert in this lawsuit.**

### FIRST CAUSE OF ACTION

INADEQUATE MEDICAL CARE

### SECOND CAUSE OF ACTION

DELIBRATE INDIFFERENCE

### THIRD CAUSE OF ACTION

VIOLATION OF EIGHTH AMENDMENT

8. **PRAYER FOR RELIEF**

   **WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

   RECEIVE THE MEDICAL ATTENTION AND TREATMENT FOR THE PAIN IN MY GROIN AREA. REQUESTING MONETARY DAMAGES OF $1,000.000 (ONE MILLION DOLLARS) FOR PAIN AND SUFFERING.

   I declare under penalty of perjury that the foregoing is true and correct.

   DATED: 5/27/14

   _[signature]_

   CARLOS VARELA 10A5427
   Signature of Plaintiff(s)
   (all Plaintiffs must sign)

02/2010